## STATEMENT OF FACTS

On March 1, 2005, CW-1 placed a consensually monitored call to CLIFTON CURTIS at cellular telephone number 202-257-6730 [that number is subscribed to CLIFTON CURTIS]. The call was not answered, but a short time later CW-1 received a call from CURTIS, who was using cellular telephone number 240-505-1149. CW-1 indicated it wanted to purchase 62 grams of cocaine base, and CURTIS said the price would be $1,500. CURTIS told CW-1 that "RED"[later identified by the FBI as the defendant DWIGHT WARDELL MABRY] would meet CW-1 in southeast, Washington, D.C., in order to complete the transaction. CW-1 spoke later to MABRY, who was using cellular telephone 240-505-1149. They arranged to meet at the Exxon gas station at Pennsylvania Avenue & Alabama Avenue, S.E., Washington, D.C. Just prior to the meeting, CURTIS called CW-1 from residential telephone number 202-889-3166. That number is subscribed to Oscar Boyd, 3208 28th Street, S.E., apartment #3, Washington, D.C. CURTIS indicated he was calling CW-1 to make sure that CW-1 and MABRY had arranged the transaction. CW-1 met with MABRY at the Exxon and made a controlled purchase of 61.2 grams of cocaine base for $1,500. This transaction was recorded (audio and video) by a device worn by CW-1. It was also recorded on video by FBI agents on surveillance. Following the transaction, MABRY was followed by FBI agents back to the 2 Man Gear Shop, a business in District Heights, Maryland, owned by CLIFTON CURTIS.

The material purchased by CW-1 on March 1, 2005 was later analyzed by the Drug Enforcement Administration Mid-Atlantic Regional Laboratory and found to be 61.2 grams of a substance containing cocaine base, also known as crack, with a strength of 54 percent.

On March 25, 2005, CW-1 placed a consensually monitored call to CURTIS at cellular telephone number 202-257-6730 in order to arrange a narcotics transaction. CW-1 received a call from CURTIS a short time later, and they agreed to meet at the BP gas station on Alabama Avenue, S.E., Washington, D.C. CW-1 met with CURTIS at the BP gas station. CURTIS then followed CW-1 to an area near the intersection of Massachusetts Avenue & Southern Avenue, S.E., Washington, D.C. CURTIS entered the vehicle driven by CW-1, and sold CW-1 61.3 grams of cocaine base for $1,500. This meeting was confirmed by FBI surveillance.

The material purchased by CW-1 on March 25, 2005 was later analyzed by the Drug Enforcement Administration Mid-Atlantic Regional Laboratory and found to be 61.3 grams of a substance containing cocaine base, also known as crack, with a strength of 56 percent.

On April 28, 2005, agents of the FBI and officers of the Metropolitan Police Department executed a United States search warrant at the 2 Man Gear Shop located at 5750 Silver Hill Road, Districts Heights, Maryland. During the course of that search law enforcement recovered three (3) kilograms of powder cocaine. CLIFTON CURTIS was arrested and advised of his rights. He confessed that the three kilograms of cocaine recovered in the search of the 2 Man Gear Shop were his and indicated that he had given them to DWIGHT WARDELL MABRY to hold for a later delivery to some one else. CURTIS also admitted his involvement in the March 1, 2005 and March 25, 2005 distributions to CW-1.

Agent Timothy J. Ervin
FBI

Sworn and subscribed before me on this 29th day of April, 2005.

U.S. Magistrate Judge
Deborah A. Robinson
United States Magistrate Judge