UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA ::

:: CRIMINAL NO. 05-243M-01

vs.

:: **FILED**

*Dwight Mabry* ::

MAY 0 4 2005

Registration No. 28084-016 ::

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

It is hereby ordered that the Defendant *Dwight Mabry*

be committed to the custody of the Attorney General or a designated representative for

confinement in the corrections facility separate, to the extent practical, apart from persons

awaiting or serving sentences or being held in custody pending appeal. Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. Upon order

of a Court of the United States of America or at the request of the United States Attorney

for the Government, the person in charge of the corrections facility shall deliver the Defendant

to the United States Marshal for the purposes of an appearance in connection with a court

proceeding.

SO ORDERED, this __4__ day of __May__, __2005__.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE