UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0243M-02 (CR) |
| | : | MAGISTRATE NO. 05-0243M-01 (CR) |
| **CLIFTON JAMES CURTIS,** | : | |
| also known as "C.C.", | : | VIOLATIONS:  21 U.S.C. §846 |
| **DWIGHT WARDELL MABRY,** | : | (Conspiracy to Distribute and Possess With |
| also known as "Red", | : | Intent to Distribute 50 Grams or More of |
| Defendants. | : | Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

From sometime on about August 2003, until April 2005, within the District of Columbia and elsewhere, **CLIFTON JAMES CURTIS, also known as "C.C." and DWIGHT WARDELL MABRY, also known as "Red"**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about March 1, 2005, within the District of Columbia, **CLIFTON JAMES CURTIS, also known as "C.C.", and DWIGHT WARDELL MARBRY, also known as "Red"**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT THREE

On or about March 25, 2005, within the District of Columbia, **CLIFTON JAMES CURTIS, also known as "C.C." and DWIGHT WARDELL MARBRY, also known as "Red"**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.